UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR: 18-00128-MAG |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| NICOLE BELL, | |
| Defendant. | |

Leave is granted to the government to dismiss the complaint as to defendant Nicole Bell. The complaint is hereby ordered dismissed without prejudice as to this defendant.

DATED: October 21, 2018

HONORABLE VIRGINIA DEMARCHI
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 18-00128-MAG)